IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TINA FRAZIER,**

    **Plaintiff,**

  vs.                                      **Civil Action 2:08-CV-661**
                                                           **Judge Marbley**
                                                           **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**


## ORDER

Upon joint motion, Doc. No. 14, the decision of the Commissioner is **REVERSED** pursuant to Sentence 4 of 42 U.S.C. §405(g) and the action is **REMANDED** to the Commissioner for further proceedings.

On remand, the administrative law judge will reconsider Dr. Williams' opinion and the credibility Ms. Frazier's subjective complaints. If the administrative law judge rejects any portion of Dr. Williams' opinion or Ms. Frazier's subjective complaints, the administrative law judge will provide a rationale for such rejection.

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).

                                                                         s/Algenon L. Marbley
                                                                          Algenon L. Marbley
                                                                United States District Judge