# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

**TINA FRAZIER,**

       **Plaintiff,**

      **vs.**                            **Civil Action 2:08-CV-661**
                                          **Judge Marbley**
                                          **Magistrate Judge King**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the November 24, 2008 Order, the decision of the Commissioner is REVERSED, this action is hereby REMANDED to the Commissioner of Social Security for further proceedings. Final Judgment entered pursuant to Sentence 4 of 42 U.S.C. §405 (g).

Date: **November 24, 2008**           **James Bonini, Clerk**

                                                               s/Betty L. Clark
                                                        Betty L. Clark/Deputy Clerk